# United States Court of Appeals
## For the First Circuit

No. 01-2011

JAN SWALLOW,

Plaintiff, Appellant,

v.

FETZER VINEYARDS, BROWN-FORMAN CORPORATION, and
WILLIAM CASCIO,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on September 3, 2002, is amended as follows:

Page 19, last line:    Replace "Casio" with "Cascio".